IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

    Plaintiff

v.                                                          CASE NO.: 2:22-cr-00154

ANDRE DEWAYNE WILLIAMSON

    Defendant

## SUPPLEMENTAL SEALED DEFENDANT'S REPLY TO THE SEALED RESPONSE OF THE UNITED STATE'S TO DEFENDANT'S MOTION FOR INDICATIVE RULING ON MOTION FOR NEW TRIAL

    Comes now the defendant, Andre Williamson, by counsel Richard W. Weston and supplementally replies to the United State's response brief (ECF Doc. 195).

    1.    The defendant previously replied to the United States response and stands by that motion with one clarification.

    2.    The defendant argued that the record should not be sealed due to various factors.

    3.    After that reply, counsel has reviewed the Judicial Conference Policy on Privacy and Public Access to Electronic Case Files which states documents in criminal cases which public access to electronic case files includes documents containing identifying information about jurors or potential jurors.

4. Counsel previously believed this to only mean personal identifiers of Social Security numbers, financial account numbers, dates of birth, and, in criminal cases, home addresses.

5. However, upon a further reading of the rules this may also include only names.

6. Therefore, the defense agrees the documents related to this motion are properly sealed.

7. The defense also requests this Court to seal the defendant's original motion, Doc. 193, to the extent it has not already been as it is not available on Pacer.

Wherefore, the defendant asks that all documents related to this issue be sealed.

Respectfully submitted,
By counsel:

S:// *Richard W. Weston*
Richard W. Weston (9734)
Weston Law
10 Sutherland Dr.
Huntington, WV 25705
(304) 522-4100
rww@304atty.com

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

    Plaintiff

v.                                               CASE NO.: 2:22-cr-00154

ANDRE DEWAYNE WILLIAMSON

    Defendant

## CERTIFICATE OF SERVICE

      I, Richard Weston, counsel for the defendant, do hereby certify that on this 7th day of FEBRUARY 2024, I electronically filed "**SUPPLEMENTAL SEALED DEFENDANT'S REPLY TO THE SEALED RESPONSE OF THE UNITED STATE'S TO DEFENDANT'S MOTION FOR INDICATIVE RULING ON MOTION FOR NEW TRIAL**" with the Clerk of the Court using the CM/ECF system which will send electronic notice of such filing to the following CM/ECF participant:

Joshua Hanks at josh.hanks@usdoj.gov.

S://  *Richard W. Weston*
Richard W. Weston (9734)