UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

v.                       CRIMINAL ACTION NO. 2:22-CR-00154

**ANDREW DEWAYNE WILLIAMSON,**
*Also known as* A3

       **Defendant.**

O R D E R

Pursuant to one of the court's May 28, 2024, orders, the parties have sent to chambers redacted versions of their filings related to defendant's Motion for Indicative Ruling. See Order, ECF No. 211 (Order to Redact); Defendant's Motion for Indicative Ruling on Motion for New Trial, ECF No. 193.

Being satisfied with the parties' redactions, the court ORDERS that they be docketed forthwith.

Further, inasmuch as the "Supplemental Sealed Defendant's Reply to the Sealed Response of the United State's [sic] to Defendant's Motion for Indicative Ruling on Motion for New Trial," ECF No. 197, contained no information that could identify the juror at the heart of defendant's Motion, the court ORDERS that the clerk unseal ECF No. 197.

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTER: June 4, 2024

_____
John T. Copenhaver, Jr.
Senior United States District Judge