UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.                          CRIMINAL ACTION NO. 2:22-CR-00154

**ANDREW DEWAYNE WILLIAMSON,**
*Also known as* A3

      **Defendant.**

### O R D E R

In the court's June 18, 2024, order, the court noted that the United States had "deposited three items with the court for <u>in camera</u> review and disposition, consisting of the memorandum, proffer agreement, and interview identified in the Government's response filed June 11, 2024, ECF No. 216, to the court's order setting the status conference held herein on June 17, 2024." ECF No. 218.

The court ORDERS that the clerk file the aforementioned items as Government Exhibits 1, 2, and 3, respectively, under seal such that only the court may view such items until its <u>in camera</u> review is completed and the court directs otherwise.

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTER: June 20, 2024

_____
John T. Copenhaver, Jr.
Senior United States District Judge