```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                          CRIMINAL ACTION NO. 2:22-00154

**ANDRE DEWAYNE WILLIAMSON,**
*Also known as* **A3**


<u>O R D E R</u>

Defendant's counsel has filed on June 24, 2024, a Letter to Clerk requesting issuance of the two attached subpoenas, on June 27, 2024, a Supplemental Letter to Clerk, requesting issuance of the two attached subpoenas, and on July 1, 2024, a Second Supplemental Letter to Clerk, requesting issuance of the two attached subpoenas.  It is hereby ORDERED that the attached subpoenas filed on June 24, 2024, June 27, 2024, and July 1, 2024, be filed under seal until the further order of the court.

Inasmuch as the Second Supplemental Letter with attached subpoenas corrects the previous requested subpoenas, it

is ORDERED that the Clerk issue only the two subpoenas attached to the Second Supplemental Letter filed on July 1, 2024.

    The Clerk is directed to forward copies of this order to all counsel of record.

DATED: July 2, 2024

_____
John T. Copenhaver, Jr.
Senior United States District Judge