```
                    UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF WEST VIRGINIA
                           AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                                    CRIMINAL ACTION NO. 2:22-00154

ANDRE DEWAYNE WILLIAMSON
*Also known as* A3

O R D E R

        Defendant's counsel Richard W. Weston has filed on

August 2, 2024, a supplemental letter to the Clerk of this court

again requesting reissuance of two subpoenas in the above

criminal action which counsel failed to have served in

accordance with the court's order of July 2, 2024.  It is hereby

ORDERED that the Clerk reissue the two subpoenas attached to the

supplemental letter filed on August 2, 2024.  It is further

ORDERED that the subpoenas filed on August 2, 2024, be filed

under seal until the further order of the court.

The Clerk is directed to forward copies of this order to all counsel of record.

DATED:  August 5, 2024

John T. Copenhaver, Jr.
Senior United States District Judge