AO 89B (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case (Page 2)

Case No. 2:22-CR-00154

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Chief James Spence
was received by me on *(date)* 8/15/24 .

☒ I served the subpoena by delivering a copy to the named person as follows: In Person to Chief James Spence
on *(date)* 8/16/24 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/16/24

David T. Bailey
*Server's signature*

David L. Bailey
*Printed name and title*

Solid Rock Investigations
Red House, WV 25168
*Server's address*

Additional information regarding attempted service, etc.: