IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

        Plaintiff

v.                                                      CASE NO.: 2:22-cr-00154

ANDRE DEWAYNE WILLIAMSON

        Defendant

### DEFENDANT'S STATUS REPORT

Comes now the defendant, Andre Williamson, by counsel, Richard W. Weston, and files his Status Report and states as follows:

1. Two sealed subpoenas were issued on August 5, 2024 to Joe Smith, Mingo County Sheriff, and Williamson Police Department Chief of Police James Spence. (ECF Doc. Nos. 232-3).

2. Undersigned counsel has received the responses to the subpoenas and shared them with opposing counsel.

3. The parties await the Court's ruling on whether the FBI documents tendered at the last hearing will be disclosed to the defense.

Respectfully submitted,
By counsel:

S://  *Richard W. Weston*

Richard W. Weston (9734)
Weston Law
10 Sutherland Dr.
Huntington, WV 25705
(304) 522-4100
rww@304atty.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

        Plaintiff

v.                                                             CASE NO.: 2:22-cr-00154

ANDRE DEWAYNE WILLIAMSON

        Defendant

## CERTIFICATE OF SERVICE

       I, Richard Weston, counsel for the defendant, do hereby certify that on this 4th day of September 2024, I electronically filed "Defendant's Status Report" with the Clerk of the Court using the CM/ECF system which will send electronic notice of such filing to the following CM/ECF participant:

Joshua Hanks at josh.hanks@usdoj.gov.

S:// *Richard W. Weston*
Richard W. Weston (9734)