UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**UNITED STATES OF AMERICA**

v.                                    CRIMINAL ACTION NO. 2:22-00154

**ANDRE DEWAYNE WILLIAMSON**
*also known as* **A3**

O R D E R

On June 20, 2024, the court ordered the Clerk to file under seal, such that only the court could view, the memorandum, proffer agreement, and interview identified in the Government's response filed June 11, 2024, at ECF No. 216. Having reviewed the documents *ex parte*, *in camera*, it is ORDERED that the redacted version of the above three identified documents provided with this Order, be filed and restricted so that only the court, counsel for the defendant, and counsel for the government have access to the restricted, redacted documents, which may also be exhibited to the defendant but not retained by him. All until the further order of the court.

The Clerk is directed to forward copies of this order to the defendant, and all counsel of record.

DATED: September 10, 2024

_____
John T. Copenhaver, Jr.
Senior United States District Judge