# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | | | |
|---|---|---|---|
| Date: | 11/5/2024 | Case Number: | 2:22-cr-00154 |
| Case Style: | USA v. Andre Dewayne Williamson | | |
| Type of hearing: | Status Conference | | |
| Before the Honorable: | 2508-Copenhaver | | |
| Court Reporter: | Catherine Schutte-Stant | Courtroom Deputy: | Mary Anne Williams |

Attorney(s) for the Plaintiff or Government:
Joshua C. Hanks

Attorney(s) for the Defendant(s):
Richard W. Weston

Law Clerk: Mary Beth Smith

Probation Officer:

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 1:35 PM | 2:15 PM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 40 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

1:30 p.m. case set;
1:35 p.m. case called;
Court heard parties arguments regarding evidentiary issues;
Parties are to provide the court, no later than November 19, 2024, the time needed to prepare for and hold an evidentiary hearing, including, if necessary, the time needed for a Touhy subpoena;
Upon hearing from the parties a hearing will be set;
2:15 p.m. conference concluded.