```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                          CRIMINAL ACTION NO. 2:22-00154

**ANDRE DEWAYNE WILLIAMSON,**
*also known as* A3

O R D E R

The court has received two emails from Richard W. Weston, counsel for the defendant, one on Friday afternoon December 13, 2024, and the other on this date, Tuesday, December 17, 2024, advising of the inability to locate and serve the subpoena on a former juror commanding the juror's presence at a hearing scheduled herein for tomorrow, December 18, 2024, which emails, as redacted, are hereby ORDERED filed.

Inasmuch as the juror and the circumstances involving the juror are the focal point of the hearing, it appears fruitless to proceed with the hearing until the juror is served and is medically able to attend the hearing, it being noted that

the emails indicate the juror may be under medical treatment for a serious cancer malady.

Accordingly, the scheduled hearing for December 18, 2024 is hereby continued until 10:30 a.m. on January 7, 2025.

The court further notes the defendant requested the subpoena on November 25, 2024, and it was authorized by the court by Order entered on November 26, 2024.  The court records indicate that the subpoena was not received by the United States Marshal for service until December 5, 2024, and service was thereafter attempted on December 13, 2024.

It is suggested that service anew be promptly undertaken in an effort to assure, insofar as feasible, that the hearing now rescheduled for January 7, 2025, can be held.

All subpoenas issued for the hearing on December 18, 2024, are continued to 10:30 a.m. on January 7, 2025, and the defendant's counsel is directed to so notify the recipients of any such subpoenas immediately in order to avoid their unnecessary appearance on December 18, 2024.

2

The Clerk is directed to forward copies of this order to the defendant, all counsel of record, and the United States Marshal.

DATED: December 17, 2024

_____
John T. Copenhaver, Jr.
Senior United States District Judge