# Mary Anne Williams

| | |
|---|---|
| **From:** | Richard W. Weston <rich@weston.law> |
| **Sent:** | Tuesday, December 17, 2024 10:01 AM |
| **To:** | Mary Anne Williams |
| **Cc:** | josh.hanks_usdoj.gov |
| **Subject:** | Re: United States v. Williamson |

**CAUTION - EXTERNAL:**

Mary Ann,

This morning, the U.S. Marshals Service attempted to contact the Juror via a phone number believed to be his. The call was answered by a voicemail greeting with a female voice, and a message was left requesting a return call. Additionally, a ▓▓▓ County Sheriff's Deputy contacted the neighbor who had previously been provided with the subpoena. The neighbor reported that he had not delivered the subpoena to the Juror and mentioned that he had neither seen the Juror nor his car since that time. The neighbor speculated that the Juror might be in the hospital receiving treatment for his cancer. Because the Juror has not been served and there is no indication that he is aware of the hearing, it appears that the Juror will not be present at the proceeding.

Rich

On 12/13/24 17:24, Mary Anne Williams wrote:
> I will let the Judge know.  Thank you.
>
> Mary Anne Williams
> Courtroom Deputy for Senior Judge John T. Copenhaver, Jr.
> USDC Southern District of West Virginia
> Direct 304-▓▓▓▓▓▓▓
> MaryAnne_Williams@wvsd.uscourts.gov
>
> ---
>
> **From:** Richard W. Weston <rich@weston.law>
> **Sent:** Friday, December 13, 2024 3:28 PM
> **To:** Mary Anne Williams <MaryAnne_Williams@wvsd.uscourts.gov>
> **Cc:** josh.hanks_usdoj.gov <josh.hanks@usdoj.gov>
> **Subject:** United States v. Williamson
>
> **CAUTION - EXTERNAL:**
>
> I thought I should inform the Court that the U.S. Marshall's attempted to serve ▓▓▓▓▓▓▓ with a subpoena today for our hearing on Wednesday. He was not home, and a neighbor informed the server he has "bad" cancer and was at chemotherapy treatment. The subpoena was left with is neighbor to give to him. If I here anything further about his fitness to attend the hearing I will promptly inform the

Court. If he calls me because my name is on the subopena my plan was to inquire if he could attend but not speak with him about any substantive matters.

--
**Richard W. Weston**
Trial Attorney

**Weston Law**
P.O. Box 21733
Lexington, KY 40522

KY:   859.636.1970
WV:   304.522.4100



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

--
**Richard W. Weston**
Trial Attorney

**Weston Law**
P.O. Box 21733
Lexington, KY 40522

KY:   859.636.1970
WV:   304.522.4100



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.