UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**UNITED STATES OF AMERICA**

v.  CASE NUMBER: 2:22-cr-00154

**ANDRE DEWAYNE WILLIAMSON**

O R D E R

For the reasons set forth in the Sealed Motion to Seal, the United States Sealed Motion to Seal is hereby granted.

ENTER: December 17, 2024

John T. Copenhaver
Senior United States District Judge