UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**UNITED STATES OF AMERICA**

v.                                    CRIMINAL ACTION NO. 2:22-00154

**ANDRE DEWAYNE WILLIAMSON,**
*also known as* A3

O R D E R

Inasmuch as due to the current severe weather conditions, which conditions are predicted to continue through today, and the Governor of the State of West Virginia having declared a state of emergency for all counties of West Virginia, including Kanawha County, due to the severe weather, the evidentiary hearing scheduled for January 7, 2025, to which hearing at least three participants must travel long distances to reach the courthouse, it is hereby ORDERED continued until 10:30 a.m. on January 16, 2025.

All subpoenas issued and previously continued for the hearing on January 7, 2025, are continued to 10:30 a.m. on January 16, 2025.  The court has been notified that defendant's

counsel has already informed the recipients of such subpoenas of the new date and time of the hearing.

The Clerk is directed to forward copies of this order to the defendant, all counsel of record, and the United States Marshals.

DATED: January 7, 2025

John T. Copenhaver, Jr.
Senior United States District Judge