UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                       **Civil Action No. 2:22-cr-00154**

**ANDRE DEWAYNE WILLIAMSON,**

    **Defendant.**

## ORDER

The hearing in the above-styled matter conducted on January 16, 2025, is, as set forth on the record of the hearing, continued to 10:30 a.m. on January 30, 2025, and, as directed at the hearing, the subpoenaed witness, Carl David Rockel, is directed to return to the court for the continued hearing.

It is so Ordered.

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

                                               ENTER: January 21, 2025

                                               John T. Copenhaver, Jr.
                                               Senior United States District Judge