# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston

| | | | |
|---|---|---|---|
| Date: | 1/16/2025 | Case Number: | 2:22-cr-00154 |
| Case Style: | USA v. Andre Dewayne Williamson | | |
| Type of hearing: | Evidentiary Hearing | | |
| Before the Honorable: | 2508-Copenhaver | | |
| Court Reporter: | Catherine Schutte-Stant | Courtroom Deputy: | Mary Anne Williams |

Attorney(s) for the Plaintiff or Government:
Joshua C. Hanks

Attorney(s) for the Defendant(s):
Richard W. Weston

Law Clerk: Mary Beth Smith
Probation Officer:

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 10:33 AM | 11:20 AM | Court actively conducting trial proceedings/Contested proceedings |
| 11:38 AM | 11:57 AM | Court actively conducting trial proceedings/Contested proceedings |
| 1:40 PM | 1:42 PM | Court actively conducting trial proceedings/Contested proceedings |
| 3:51 PM | 4:20 PM | Court actively conducting trial proceedings/Contested proceedings |

Time in court: 1 hours and 37 minutes. Court actively conducting trial proceedings/Contested proceedings

## Courtroom Notes

10:30 a.m. case set
10:33 case called, counsel noted appearances;
Government addressed the court prior to proceeding;
Court requested form Target letter from the time in question, and parties discussed;
Court heard arguments regarding proffer, form 302 dated January 2, 2014, and the summary of 302 dated August 27, 2013, and its use in this proceeding;
Court made ruling as set forth on the record;
Court heard arguments regarding questioning of witness's employment history;
Defendant's Exhibits 1 - 5 marked and admitted;
Witness Smith called;
Witness Smith did not appear and court instructed defense counsel to contact witness;
11:20 a.m. recess;
11:38 a.m. resume;
Defense counsel informed court that witness Smith will be here around 1:30 p.m.;
Juror witness called;
Court instructed witness of his Fifth Amendment rights;
Witness invoked right to counsel;
Evidentiary hearing continued to 10:30 a.m. on January 30, 2025, in regard to juror witness;
Continued until 1:30 p.m. this date in regard to Witness Smith;
11:57 p.m. recess;
1:40 p.m. resume;
Case called, counsel noted appearances;
Witness is now present;
Court explained it had a 1:30 p.m. sentencing and instructed parties and witness to return at 3:00 p.m.;
1:42 p.m. recess;
3:51 p.m. resume;
Witness James M. Smith called, sworn, direct and cross;
Witness excused;
4:20 p.m. Hearing continued until January 30, 2025.